1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11   TED L. SHRADER, et al.,              )        Case No.: C 11-0255 PSG
                                          )
12                    Plaintiffs,         )        **ORDER REFERRING THIS CASE TO**
                                          )        **MAGISTRATE JUDGE HOWARD R.**
13          v.                            )        **LLOYD FOR CONSIDERATION OF**
                                          )        **WHETHER CASE IS RELATED TO**
14   ROBERT DEVINCENZI, et al.,           )        **CASE NO.  5:11-CV-00244 HRL**
                                          )
15                    Defendants.         )
     _____ )
16

17

18          It has come to the court's attention that this case may be related to the following earlier-filed

19   cases pending before Magistrate Judge Howard Lloyd: *Miller v. DeVincenzi, et al.,* Case No.

20   5:11-cv-00244 HRL.  Indeed, in its Notice of Pendancy of Other Action or Proceeding, Plaintiffs

21   represent that both the underlying action and the case before Judge Lloyd "are brought on behalf of

22   similar classes and involve substantially the same transactions, events and parties."[1]  Thus, it is

23   appropriate to consider whether these two cases are "related" such that they should be assigned to the

24   same judge.[2]  Therefore,

25          IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Lloyd for

26

27   _____

28     [1] Notice of Pendancy of Other Action or Proceeding at 1:15-16 (Docket No. 4).

       [2] *See* Civil L.R. 3-12(c).

                                        ORDER

1  consideration of whether this case is related to the earlier filed case pending before him.

2  Dated: February 11, 2011

3  _____
   PAUL S. GREWAL

4  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER